EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| Ex Parte: Aprobación de Cambio de Estatus Inactivo de diciembre de 2024 | 2025 TSPR 10 215 DPR ___ |
| --- | --- |

Número del Caso: EM-2025-0001

Fecha: 31 de enero de 2025

Materia: Aprobación de Cambio de Estatus Inactivo de diciembre de 2024.

Este documento está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal Supremo. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

Ex Parte:

Aprobación de Cambio de Estatus
Inactivo de diciembre de 2024

EM-2025-0001

RESOLUCIÓN

En San Juan, Puerto Rico, a 31 de enero de 2025.

Durante el periodo de diciembre de 2024, este Tribunal autorizó el cambio a estatus como Abogado(a) Inactivo(a) a las abogadas y los abogados siguientes:

| | |
|---|---|
| Luis N. Blanco Matos | 5,146 |
| Ana E. Conty Cruz | 8,948 |
| Teodoro Colón Román | 12,823 |
| Lester Lampón Hernández | 17,068 |

Publíquese.

Lo acordó el Tribunal y certifica el Secretario del Tribunal Supremo.

Javier O. Sepúlveda Rodríguez
Secretario del Tribunal Supremo